686 A.2d 328

IN THE MATTER OF JOSEPH P. KERRIGAN,
AN ATTORNEY AT LAW.

December 30, 1996.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **JOSEPH P. KERRIGAN** of **PHILADELPHIA, PENNSYLVANIA,** who was admitted to the bar of this State in 1994, and who was suspended from the practice of law for a period of eighteen months retroactive to May 16, 1995, by Order of this

Court dated October 29, 1996, be restored to the practice of law, effective immediately.